AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**

May 07, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **FM** _____

DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DEFENDANT#1 Bryan Adrian FLORES-Martinez | ) |
| DEFENDANT#2 Hector Emigdio NAVARRO-Olivas | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

Case No.

**EP:26-M-01900-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 05, 2026 _____ in the county of _____ El Paso _____ in the _____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

See attached

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
_____ May 07, 2026 _____ at _____ 02:00 PM _____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

**Alfredo Sanchez, Border Patrol Agent**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/07/2026 _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

**Miguel A. Torres, U.S. Magistrate Judge**
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Bryan Adrian FLORES MARTINEZ

PEPT# PEPT260500086

05/07/2026

FACTS    (CONTINUED)

On April 6, 2026, the El Paso Station Disrupt Unit (EPS DU) received information regarding a suspected stash house located in the 100 block of Ben Swain Drive, El Paso, Texas, within the Western District of Texas. EPS DU initiated surveillance at the address and identified vehicles and individuals associated with alien smuggling activities, including Bryan Adrian FLORES-Martinez (hereinafter referred to as DEFENDANT #1) and Hector Emigdio NAVARRO-Olivas (hereinafter referred to as DEFENDANT #2).

On May 4, 2026, at approximately 3:45 a.m., surveillance units observed a red Chevrolet Silverado, registered to DEFENDANT #1, departing the residence on Ben Swain Drive. The vehicle was observed traveling westbound on W. Paisano Drive near Asarco area. Shortly after, Border Patrol Agents patrolling the US/Mexico international border discovered fresh, wet, muddy footprints from six individuals crossing Paisano Road, consistent with a recent illegal entry into the United States.

The red Silverado returned to the residence on Ben Swain Drive, backed into the main entrance, and dropped off six illegal aliens. Surveillance noted that vehicles backing into the entrance is a tactic commonly used to conceal the transfer of illegal aliens. The vehicle was observed departing the residence and returning with both DEFENDANTS. The DEFENDANTS were seen carrying grocery bags, into the residence and leaving shortly after.

Later that day, Border Patrol Agents executed a search warrant at the residence located on the Ben Swain Drive. Ten individuals were located inside the residence and arrested after it was determined they were illegally present in the United States. Six of these individuals, later identified as foreign nationals from Mexico, were confirmed to be the same subjects picked up earlier that morning by the red Silverado.

On May 5, 2026, DEFENDANT#1 and DEFENDANT#2 sought admission into the United States at the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. Customs and Border Protection Officers detained both individuals pursuant to an investigatory hold placed by Border Patrol Agents, who had identified them as suspects in an ongoing alien smuggling investigation linked to a stash house on Ben Swain Drive. Border Patrol Agents responded to the Port of Entry, where both defendants were placed under arrest and transported to the El Paso Border Patrol Station for further questioning regarding their involvement in transporting and harboring illegal aliens.

At the station, DEFENDANT#1 waived his Miranda rights and agreed to answer questions. DEFENDANT #1 admitted to knowingly picking up six illegal aliens on May 4, 2026, in the red Silverado and transporting them to the stash house at Ben Swain Drive. DEFENDANT #1 admitted he was to be paid $3,000 USD for this act and intended to share the proceeds with DEFENDANT #2. DEFENDANT #1 further stated that payment was to be made by an associate he met in Juarez, Mexico, who coordinated the smuggling activities. DEFENDANT#1 admitted knowledge that the individuals were illegal aliens and that transporting them was a crime. He

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Bryan Adrian FLORES MARTINEZ

PEPT# PEPT260500086

05/07/2026

FACTS    (CONTINUED)
admitted delivering food to the stash house for illegal aliens and to prior involvement in alien smuggling activities.

DEFENDANT #2 waived his Miranda rights and agreed to answer questions. DEFENDANT #2 admitted he acted as a lookout while DEFENDANT #1 drove the red Silverado and was to be paid $100 per alien, totaling $600.DEFENDANT#2 admitted knowledge that the individuals were illegal aliens and that transporting them was a crime. He also admitted to delivering food to the stash house for illegal aliens and to prior involvement in alien smuggling activities.

This affidavit is submitted for the limited purpose of establishing probable cause as set forth herein. It does not include every fact known to me regarding this investigation.

 Immigration History:
None Found


Criminal History:
None Found